IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION Suing individually and derivatively on behalf of CLARK FORK AND BLACKFOOT, LLC, | : : : : : |
| Plaintiff, | : Civil Action No. 04-1256 JJF |
| v. | : : |
| PAUL HASTINGS JANOFSKY & WALKER LLP, | : : : |
| Defendant. | : |

### O R D E R

WHEREAS, Defendant filed a Motion To Stay Action (D.I. 33) pending the resolution of the related Adversary Action No. 04-53324 in Bankruptcy Case No. 03-12872;

WHEREAS, the Court has granted the Motion of Plaintiffs in Adversary Action No. 04-53324 to withdraw the reference to the Bankruptcy Court and hear the case in this Court as Civil Action No. 04-1494-JJF;

WHEREAS, the Court has scheduled a status conference in the above captioned matter for **Friday, October 21, 2005** at **9:30 a.m.** in Courtroom No. 4B on the 4th floor, Boggs Federal Building, Wilmington;

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion To Stay Action (D.I. 33) is **DENIED WITH LEAVE TO RENEW** at

the October 21, 2005 status conference.

<u>September 21, 2005</u>                                  /s/ Joseph J. Farnan, Jr.
        DATE                                      UNITED STATES DISTRICT JUDGE