IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | )    C.A. No. 04-1256-JJF |
| v. | )<br>) |
| PAUL HASTINGS JANOFSKY & WALKER LLP | )<br>)<br>) |
| Defendant. | ) |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the 18th day of **January, 2006**, copies of **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and this **NOTICE OF SERVICE** were caused to be served via hand delivery on the following:

    Robert J. Dehney, Esquire
    Morris, Nichols, Arsht & Tunnell
    1201 North Market Street
    P.O. Box 1347
    Wilmington, DE 19899

 

                                               SMITH, KATZENSTEIN & FURLOW, LLP

                                               */s/ David A. Jenkins*
                                               David A. Jenkins (I.D. No. 932)
                                               800 Delaware Avenue, 7th Floor
                                               P.O. Box 410
                                               Wilmington, DE 19899

Of Counsel:                                      Phone: (302) 652-8400
STORCH AMINI & MUNVES PC           Fax: (302) 652-8405
Bijan Amini (admitted *pro hac vice*)      *Attorneys for Magten Asset*
Avery Samet                                   *Management Corporation*
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

10010352.WPD