IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HASTINGS JANOFSKY & WALKER LLP <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-1256-JJF |

## AMENDED NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on January 18, 2006, **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and this **NOTICE OF SERVICE** were served upon the counsel listed below, in the manner indicated:

### BY E-MAIL AND HAND DELIVERY

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com;cmiller@mnat.com
adavis@mnat.com

Dale R. Dubé
Elio Battista, Jr.
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

EDWARDS & ANGELL LLP
Denise Seastone Kraft, Esquire
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

**BY E-MAIL AND FEDERAL EXPRESS**

| | |
|---|---|
| Steven J. Reisman, Esquire<br>Joseph D. Pizzurro, Esquire<br>Nancy E. Delaney, Esquire<br>Miriam Harwood, Esquire<br>CURTIS, MALLET-PREVOST,<br>COLT & MOSLE LLP<br>101 Park Avenue<br>New York, New York 10178-0061<br>sreisman@cm-p.com<br>jpizzurro@cm-p.com<br>ndelaney@cm-p.com<br>mharwood@cm-p.com | Stanley T. Kaleczyc, Esquire<br>Kimberly A. Beatty, Esquire<br>BROWNING, KALECZYC, BERRY &<br>HOVEN, P.C.<br>139 North Last Chance Gulch<br>P.O. Box 1697<br>Helena, Mt *59624*<br>stan@bkbh.com<br>kim@bkbh.com |
| Bijan Amini, Esquire<br>Avery Samet, Esquire<br>STORCH AMINI & MUNVES PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, New York 10017<br>bamini@samlegal.com<br>asamet@samlegal.com | Dennis E. Glazer, Esquire<br>Paul Spagnoletti, Esquire<br>DAVIS POLK & WARDWELL 4<br>50 Lexington Avenue<br>New York, NY 10017<br>dennis.glazer@dpw.com<br>paul.spagnoletti@dpw.com |

Bonnie Steingart
Gary L. Kaplan
John W. Brewer
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

 David A. Jenkins (I.D. No. 932)