IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1256-JJF |
| v. | ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

    I HEREBY CERTIFY that on the 18th day of **January, 2006**, a copy of **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** was served on the following via e-mail:

    John V. Snellings, Esquire
    Amanda D. Darwin, Esquire
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110-1832
    jsnellings@nixonpeabody.com
    adarwin@nixonpeabody.com

    Additionally, please take notice that on the 19th day of **January, 2006**, a copy of **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S INITIAL DISCLOSURES PURSUANT TO RULE 26(A)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE** and this **NOTICE OF SERVICE** was served on the following via federal express:

    John V. Snellings, Esquire
    Amanda D. Darwin, Esquire
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110-1832
    jsnellings@nixonpeabody.com
    adarwin@nixonpeabody.com

*[Signature follows on page 2]*

SMITH, KATZENSTEIN & FURLOW, LLP

*/s/ David A. Jenkins*

David A. Jenkins (I.D. No. 932)
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405
*Attorneys for Magten Asset
Management Corporation*

Of Counsel:
STORCH AMINI & MUNVES PC
Bijan Amini (admitted *pro hac vice*)
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **NOTICE OF SERVICE**, was caused to be served via U.S. Mail and E-Mail this **19th** day of **January 2006**, on the following:

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY &
HOVEN, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Mt *59624*
stan@bkbh.com
kim@bkbh.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
50 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

10010381.WPD

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

*[signature]*
David A. Jenkins (I.D. No. 932)