IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                      )
MAGTEN ASSET MANAGEMENT                               )
CORPORATION, suing individually and                   )
derivatively on behalf of CLARK FORK AND              )
BLACKFOOT, LLC,                                       )
                                                      )
                                                      )   C.A. No. 04-1256 (JJF)
                Plaintiff,                            )
                                                      )
                                                      )
        v.                                            )
                                                      )
                                                      )
PAUL, HASTINGS, JANOFSKY &                            )
WALKER LLP,                                           )
                                                      )
                                                      )
                Defendant.                            )
                                                      )
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**NOTICE OF SERVICE OF DEFENDANT PAUL, HASTINGS, JANOFSKY & WALKER LLP'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1)**

     **PLEASE TAKE NOTICE** that on January 20, 2006, copies of Defendant Paul, Hastings, Janofsky & Walker LLP's Initial Disclosures Under Fed. R. Civ. P. 26(a)(1) were served in the manner indicated upon the entities identified on the attached service list.

Dated: January 20, 2006     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      Robert J. Dehney (No. 3578)
                                      Curtis S. Miller (No. 4583)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE 19899-1347
                                      Telephone: (302) 658-9200
                                      Fax: (302) 658-3989

                                            - and -

                                      DAVIS POLK & WARDWELL
                                      Dennis E. Glazer
                                      Paul Spagnoletti
                                      450 Lexington Avenue
                                      New York, NY 10017
                                      Telephone: (212) 450-4000

                                  Counsel for Paul, Hastings, Janofsky & Walker LLP

502880

## SERVICE LIST

**BY HAND DELIVERY**

Office Of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

U.S. District Court
Clerk's Office
884 N. King Street
Wilmington, DE 19801

William E. Chipman, Jr., Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esq.
Kathleen M. Miller, Esq.
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Ave.
P.O. Box 410
Wilmington, DE 19899

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

David L. Finger, Esq.
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Denise Seastone Kraft, Esq.
Edwards & Angell, LLP
919 North Market Street
Wilmington, DE 19801

Dale R. Dubè, Esq.
Elio Battista, Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**BY FACSIMILE AND FEDERAL EXPRESS**

Gary Kaplan, Esq.
Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004
Fax: 212-859-4000

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Fax: 212-490-4208

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308
Fax: 404-815-2424

Amanda D. Darwin, Esq.
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax: 617-345-1300

Alan W. Kornberg, Esq.
Margaret A. Phillips, Esq.
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue Of The Americas
New York, NY 10019
Fax: 212-757-3990

Stanley T. Kaleczyc, Esq.
Browning Kaleczyc Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624
Fax: 406-443-6883

Miriam Harwood, Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevose, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Fax: 212-697-1559

Paul Spagnoletti, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
Fax: 212-450-3800

Alan B. Miller, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Fax: 212-310-8007

490306v3