IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | C.A. No. 04-1256-JJF |
| v. | ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF SERVICE

I HEREBY CERTIFY that on the **23rd** day of **January, 2006**, copies of **PLAINTIFF MAGTEN ASSET MANAGEMENT CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO DEFENDANT** and this **NOTICE OF SERVICE** were caused to be served on the following:

### BY E-MAIL AND HAND DELIVERY

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

**BY E-MAIL AND FEDERAL EXPRESS**

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
& HOVEN, P.C.
139 North Last Chance Gulch
Helena, MT 59601
stan@bkbh.com
kim@bkbh.com

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405
*Attorneys for Magten Asset
Management Corporation*