

**BLANK ROME LLP**
COUNSELORS AT LAW

*Phone:* **(302) 425-6467**
*Fax:* **(302) 425-6464**
*Email:* **dube@blankrome.com**

January 25, 2006

**VIA CMF AND HAND DELIVERY**

Dr. Peter D. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

> **Re:** • *Magten Asset Management Corp. and Law Debenture Trust Co. of New York v. Northwestern Corp.*; C.A. No. 04-1494-JJF
> • *Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker, LLP*; C.A. No. 04-1256-JJF
> • *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt*; C.A. No. 05-0499-JJF

Dear Dr. Dalleo:

The parties in the above-captioned matters hereby submit to the Court a courtesy copy of the current contact list being utilized by the parties for service of consolidated discovery, should the Court need to contact counsel.

Respectfully,

*Dale Dubé*

Dale R. Dubé (#2863)

DRD:pb
Attachment
cc:   Bijan Amini, Esquire  (via e-mail)
      Elio Battista, Jr., Esquire
      Kimberly A. Beatty, Esquire  (via e-mail)
      John W. Brewer, Esquire  (via e-mail)
      Victoria W. Counihan, Esquire  (via e-mail)

Chase Manhattan Centre  1201 Market Street  Suite 800  Wilmington, DE 19801
www.BlankRome.com

Delaware  •  Florida  •  Maryland  •  New Jersey  •  New York  •  Ohio  •  Pennsylvania  •  Washington, DC



Dr. Peter D. Dalleo
January 25, 2006
Page 2

    Amanda Darwin, Esquire  (via e-mail)
    Robert J. Dehney, Esquire  (via e-mail)
    Nancy E. Delaney, Esquire  (via e-mail)
    Dennis E. Glazer, Esquire (via e-mail)
    Miriam K. Harwood, Esquire  (via e-mail)
    David A. Jenkins, Esquire  (via e-mail)
    Stanley T. Kaleczyc, Esquire  (via e-mail)
    Gary L. Kaplan, Esquire  (via e-mail)
    Denise Seastone Kraft, Esquire  (via e-mail)
    Dennis A. Meloro, Esquire  (via e-mail)
    Curtis S. Miller, Esquire  (via e-mail)
    Kathleen M. Miller, Esquire  (via e-mail)
    Jordanna L. Nadritch, Esquire  (via e-mail)
    Joanna I. Palacios, Esquire  (via e-mail)
    Joseph D. Pizzurro, Esquire  (via e-mail)
    Steven J. Reisman, Esquire  (via e-mail)
    Avery Samet, Esquire  (via e-mail)
    John V. Snellings, Esquire  (via e-mail)
    Paul Spagnoletti, Esquire  (via e-mail)
    Bonnie Steingart, Esquire  (via e-mail)