IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: <br><br> NORTHWESTERN CORPORATION, <br><br>     Debtor. | : Chapter 11 <br> : <br> : Bankruptcy Case No. 03-12872 <br> : |
| MAGTEN ASSET MANAGEMENT CORP. Suing individually and derivatively on behalf of CLARK FORK AND BLACKFOOT, LLC, <br><br>     Plaintiff, <br><br>     v. <br><br> PAUL HASTINGS JANOFSKY & WALKER LLP, <br><br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : Civil Action No. 04-1256-JJF <br> : <br> : <br> : <br> : |
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NEW YORK, <br><br>     Plaintiffs, <br><br>     v. <br><br> NORTHWESTERN CORPORATION, <br><br>     Defendant. | : <br> : <br> : <br> : <br> : Civil Action No. 04-1494-JJF <br> : <br> : <br> : |
| MAGTEN ASSET MANAGEMENT CORP., <br><br>     Plaintiff, <br><br>     v. <br><br> MIKE J. HANSON and ERNIE J. KLINDT, <br><br>     Defendants. | : <br> : <br> : <br> : Civil Action No. 05-499-JJF <br> : <br> : <br> : |

**O R D E R**

WHEREAS, the Court anticipates the appointment of John E. James, Esquire, of Potter Anderson & Corroon, LLC, as Special Master in the above-captioned matters;

WHEREAS, the Court has received a letter from John E. James, Esquire presenting a disclosure regarding his possible appointment as Special Master;

NOW THEREFORE, IT IS HEREBY ORDERED that Counsel in the above-captioned matters shall review the attached letter and shall submit any objections regarding Mr. James' possible appointment no later than **Monday, February 6, 2006.**

_January 25, 2006_
DATE

_____
UNITED STATES DISTRICT JUDGE