IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1256-JJF |
| v. | ) ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) | |

**MOTION AND ORDER FOR ADMISSION**
**PRO HAC VICE OF AVERY SAMET**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Avery Samet, Esquire to represent Magten Asset Management Corporation in this matter.

Dated: January 27, 2006

SMITH, KATZENSTEIN & FURLOW, LLP

David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405
*Attorneys for Magten Asset Management Corporation*

{10010643.DOC}