## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED the motion for admission *pro hac vice* of Avery Samet is granted.

Date: January _____, 2006

_____
United States District Judge

{10010643.DOC}