## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF AVERY SAMET**, was caused to be served via U.S. Mail and E-Mail this **27th** day of **January 2006**, on the following:

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT
& TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, NY 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Victoria Watson Counihan, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER
& DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
& HOVEN, P.C.
139 North Last Chance Gulch
Helena, MT 59601
stan@bkbh.com
kim@bkbh.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
50 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

10010670.WPD

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

_____
David A. Jenkins (I.D. No. 932)