**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | C.A. No. 04-1256-JJF |
| v. | ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) | |

**MOTION AND ORDER FOR ADMISSION
<u>PRO HAC VICE OF BIJAN AMINI</u>**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Bijan Amini, Esquire to represent Magten Asset Management

Corporation in this matter.

Dated: January 27, 2006          SMITH, KATZENSTEIN & FURLOW, LLP


David A. Jenkins (I.D. No. 932)
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899
Phone: (302) 652-8400
Fax: (302) 652-8405

*Attorneys for Magten Asset Management
Corporation*

{10010642.DOC}