## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia, the United States District Court for the District of Columbia, the United States District Court for the District of Southern New York, the United States District Court for the District of Eastern New York, and the United States Court of Appeals for the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 1/26/06

Bijan Amini, Esquire
New York Bar No. 1989052
Storch Amini & Munves, PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Telephone No.: 212-490-4100
Telecopy No.: 212-490-4208

{10010642.DOC}