## ORDER GRANTING MOTION

IT IS HEREBY ORDERED the motion for admission *pro hac vice* of Bijan Amini is granted.

Date: January _____, 2006              _____
                                          United States District Judge

{10010642.DOC}