IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1256-JJF |
| v. | ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) | |

### NOTICE OF DEPOSITION *DUCES TECUM*

TO:    SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that plaintiff will take the deposition of the following*

| **NAME** | **DATE/TIME** | **LOCATION** |
|---|---|---|
| The Bank of New York<br>101 Barclay Street<br>New York, NY 10286 | February 13, 2006 at 10:00AM | Storch Amini & Munves, PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017 |
| Lazard Fréres & Co. LLC<br>30 Rockefeller Plaza<br>New York, NY 10020 | February 13, 2006 at 10:00AM | Storch Amini & Munves, PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017 |
| Arthur Andersen LLP<br>45 S. 7th Street<br>Suite #2800<br>Minneapolis, MN 55402 | February 13, 2006 at 10:00AM | Metro Legal Services, Inc.<br>330 2nd Avenue South<br>Suite 150<br>Minneapolis, MN 55401-2217 |
| Houlihan Lokey Howard & Zukin<br>Financial Advisors, Inc.<br>225 S. Sixth Street #4950<br>Minneapolis, MN 55402 | February 13, 2006 at 10:00AM | Metro Legal Services, Inc.<br>330 2nd Avenue South<br>Suite 150<br>Minneapolis, MN 55401-2217 |
| Deloitte & Touche LLP<br>120 South 6th Street<br>Suite 400<br>Minneapolis, MN 55402 | February 13, 2006 at 10:00AM | Metro Legal Services, Inc.<br>330 2nd Avenue South<br>Suite 150<br>Minneapolis, MN 55401-2217 |

* Attendance at the depositions will be waived if the deponents produce the documents requested pursuant to the attached subpoena before February 13, 2006.

10010684.WPD

-2-

                                      SMITH, KATZENSTEIN & FURLOW, LLP

                                      /s/ David A. Jenkins
                                      David A. Jenkins (ID No. 932)
                                      Kathleen M. Miller (ID No. 2898)
                                      800 Delaware Avenue, 7th Floor
                                      P.O. Box 410
                                      Wilmington, DE 19899
                                      Phone: (302) 652-8400
                                      Fax: (302) 652-8405
                                      *Attorneys for Magten Asset*
                                      *Management Corporation*

Dated: January 27, 2006

## SERVICE LIST

**BY E-MAIL AND U.S. MAIL**

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
& HOVEN,P.C.
139 North Last Chance Gulch
Helena, MT 59601
stan@bkbh.com
kim@bkbh.com

Denise Seastone Kraft, Esquire
EDWARDS & ANGELL LLP
919 North Market Street
14th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com