# THE BAYARD FIRM
## ATTORNEYS

222 DELAWARE AVENUE, SUITE 900
P.O. BOX 25130
WILMINGTON, DE 19899
ZIP CODE FOR DELIVERIES: 19801

MERITAS LAW FIRMS WORLDWIDE
www.bayardfirm.com
302-655-5000
(FAX) 302-658-6395

WRITER'S DIRECT ACCESS
302-429-4224
nglassman@bayardfirm.com

January 27, 2006

**VIA CMF and**
**HAND DELIVERY**

Dr. Peter D. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:    *Magten Asset Management Corp. and Law Debenture Trust Co. of New York v. Northwestern Corp.; C.A. No. 04-1494-JJF*

            *Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker, LLP; C.A. No. 04-1256-JJF*

            *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt; C.A. No. 05-0499-JJF*

Dear Dr. Dalleo:

      On January 25, 2006, counsel for Magten Asset Management Corp. submitted a courtesy copy of the current contact list being utilized by the parties for service of consolidated discovery in the above-captioned matters to the Court.

      Please be advised that the following counsel to the Plan Committee appointed in the chapter 11 case of NorthWestern Corporation ("NOR") pursuant to Section 7.9 of NOR's Second Amended and Restated Plan of Reorganization Under Chapter 11 of the Bankruptcy Code, successor to the Official Committee of Unsecured Creditors of NorthWestern Corp. (the "Committee"), request to be added to such service list:

615659v1

THE BAYARD FIRM

Addressee
January 27, 2006
Page 2

| | |
|---|---|
| Neil B. Glassman, Esquire | Alan W. Kornberg, Esquire |
| Charlene D. Davis, Esquire | Margaret A. Phillips, Esquire |
| Eric M. Sutty, Esquire | Ephraim I. Diamond, Esquire |
| THE BAYARD FIRM | PAUL, WEISS, RIFKIND, WHARTON |
| 222 Delaware Avenue, Suite 900 | & GARRISON LLP |
| P.O. Box 25130 | 1285 Avenue of the Americas |
| Wilmington, DE 19899 | New York, NY 10019-6064 |
| Telephone: 302-655-5000 | Telephone: 212-373-3000 |
| Facsimile: 302-658-6395 | Facsimile: 212-757-3990 |

On June 15, 2004, the Court entered the Order Allowing the Official Committee of Unsecured Creditors to Intervene (the "Order") in an adversary proceeding now consolidated with Civil Action Number 04-1494 as a result of the Court's decision and order withdrawing the reference. A copy of the Order is attached hereto as Exhibit A. The Plan Committee intends to file a motion to amend the Order to substitute the Plan Committee or, in the alternative, allow the Plan Committee to intervene.

The Plan Committee is charged with protecting the interests of NOR's unsecured creditors during the final stages of NOR's chapter 11 case and has a direct interest in being heard in these matters.

Respectfully,

Neil B. Glassman

NBG/spg
Attachment

cc: Bijan Amini, Esquire (via e-mail)
Elio Battista, Jr., Esquire (via e-mail)
Kimberly A. Beatty, Esquire (via e-mail)
John W. Brewer, Esquire (via e-mail)
Victoria W. Counihan, Esquire (via e-mail)
Amanda Darwin, Esquire (via e-mail)

615659v1

THE BAYARD FIRM

Addressee
January 27, 2006
Page 3

        Nancy E. Delaney, Esquire (via e-mail)
        Dale R. Dubé, Esquire (via e-mail)
        Dennis E. Glazer, Esquire (via e-mail)
        Miriam K. Harwood, Esquire (via e-mail)
        David A. Jenkins, Esquire (via e-mail)
        Stanley T. Kaleczyc, Esquire (via e-mail)
        Gary L. Kaplan, Esquire (via e-mail)
        Denise Seastone Kraft, Esquire (via e-mail)
        Dennis A. Meloro, Esquire (via e-mail)
        Curtis S. Miller, Esquire (via e-mail)
        Kathleen M. Miller, Esquire (via e-mail)
        Jordanna L. Nadritch, Esquire (via e-mail)
        Joanna I. Palacios, Esquire (via e-mail)
        Joseph D. Pizzurro, Esquire (via e-mail)
        Steven J. Reisman, Esquire (via e-mail)
        Avery Samet, Esquire (via e-mail)
        John V. Snellings, Esquire (via e-mail)
        Paul Spagnoletti, Esquire (via e-mail)
        Bonnie Steingart, Esquire (via e-mail)
        John E. James, Esquire (via e-mail)
        Alan K. Kornberg, Esquire (via e-mail)
        Margaret A. Phillips (via e-mail)
        Ephraim I. Diamond (via e-mail)

615659v1