# EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| NORTHWESTERN CORPORATION, ) | Chapter 11 |
| ) | |
| Debtors. ) | Case No. 03-12872 (CGC) |
| ) | |
| ------------------------------ ) | |
| ) | |
| MAGTEN ASSET MANAGEMENT ) | |
| CORPORATION & LAW DEBENTURE ) | |
| TRUST COMPANY OF NEW YORK, ) | |
| ) | |
| Plaintiffs, ) | Adv. Pro. No. 04-53324 (CGC) |
| ) | |
| v. ) | |
| ) | |
| NORTHWESTERN CORPORATION, ) | |
| ) | |
| Defendant. ) | |

**ORDER ALLOWING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS TO INTERVENE IN AN ADVERSARY PROCEEDING**

Upon the motion (the "Motion") of The Official Committee of Unsecured Creditors (the "Committee") for entry of an Order allowing the Committee to intervene in the above-captioned adversary proceeding (the "Adversary Proceeding"), and it appearing that the Committee has a right to intervene, and due and proper notice having been given; it is hereby

ORDERED, that the Motion granted; and it is further

ORDERED, that the Committee is hereby allowed to intervene in the Adversary Proceeding.

Dated: June 15, 2004

/s/ Paul B. Lindsey
United States Bankruptcy Judge