IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL HASTINGS JANOFSKY & WALKER LLP <br><br> Defendant. | ) ) ) ) ) ) ) C.A. No. 04-1256-JJF ) ) ) ) ) ) |

### RE-NOTICE OF DEPOSITION *DUCES TECUM*

TO:   SEE ATTACHED SERVICE LIST

PLEASE TAKE NOTICE that the deposition *duces tecum*\* of Arthur Andersen LLP, on Thursday, February 23, 2006 at 10:00 a.m. at the offices of It's Your Serve, 134 N. Lasalle Street, Suite 1200, Chicago, IL 60602.

SMITH, KATZENSTEIN & FURLOW, LLP

/s/ David A. Jenkins
David A. Jenkins (ID No. 932)
Kathleen M. Miller (ID No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405
*Attorneys for Magten Asset Management Corporation*

Dated: February 3, 2006

---

\* Attendance at the depositions will be waived if the deponents produce the documents requested pursuant to the attached subpoena before February 23, 2006.

10010900.WPD

## SERVICE LIST

**BY E-MAIL AND U.S. MAIL**

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
BLANK ROME LLP
1201 Market Street, Suite 800
Wilmington, DE 19801
dube@blankrome.com

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Alicia B. Davis, Esquire
MORRIS NICHOLS ARSHT & TUNNELL
1201 Market Street
Wilmington, DE 19801
rdehney@mnat.com
cmiller@mnat.com
adavis@mnat.com

Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Nancy E. Delaney, Esquire
Miriam Harwood, Esquire
CURTIS, MALLET-PREVOST,
COLT & MOSLE LLP
101 Park Avenue
New York, New York 10178-0061
sreisman@cm-p.com
jpizzurro@cm-p.com
ndelaney@cm-p.com
mharwood@cm-p.com

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING, KALECZYC, BERRY
& HOVEN,P.C.
139 North Last Chance Gulch
Helena, MT 59601
stan@bkbh.com
kim@bkbh.com

Denise Seastone Kraft, Esquire
EDWARDS ANGELL PALMER
& DODGE LLP
919 North Market Street, 15th Floor
Wilmington, DE 19801
dkraft@edwardsangell.com

Victoria Watson Counihan, Esquire
Dennis A. Meloro, Esquire
GREENBERG TRAURIG LLP
The Brandywine Building
1000 West Street, Suite 1540
Wilmington, DE 19801
counihanv@gtlaw.com

Bonnie Steingart, Esquire
Gary L. Kaplan, Esquire
John W. Brewer, Esquire
FRIED, FRANK, HARRIS,
SHRIVER & JACOBSON LLP
One New York Plaza
New York, NY 10004
steinbo@friedfrank.com
kaplaga@friedfrank.com
brewejo@friedfrank.com

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
dennis.glazer@dpw.com
paul.spagnoletti@dpw.com

John V. Snellings, Esquire
Amanda D. Darwin, Esquire
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110-1832
jsnellings@nixonpeabody.com
adarwin@nixonpeabody.com

-3-

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
Eric M. Sutty, Esquire
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
nglassman@bayardfirm.com
cdavis@bayardfirm.com
esutty@bayardfirm.com


Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Ephraim I. Diamond, Esquire
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
akornberg@paulweiss.com
mphillips@paulweiss.com
ediamond@paulweiss.com