IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION :
AND LAW DEBENTURE TRUST COMPANY OF :
NEW YORK, :
: 
      Plaintiffs, :
: 
   v. :  C.A. No. 04-1494 JJF
: 
NORTHWESTERN CORPORATION, :
: 
      Defendant. :
----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION :
: 
      Plaintiff, :
: 
   v. :  C.A. No. 04-1256 JJF
: 
PAUL, HASTINGS, JANOFSKY & WALKER LLP, :
: 
      Defendant. :
----------------------------------------------------------------x
MAGTEN ASSET MANAGEMENT CORPORATION :
: 
      Plaintiff, :
: 
   v. :  C.A. No. 05-0499 JJF
: 
MIKE J. HANSON & ERNIE J. KINDT, :
: 
      Defendants. :

**MIKE J. HANSON & ERNIE J. KINDT'S JOINDER
TO DEFENDANT NORTHWESTERN CORPORATION'S
<u>MOTION FOR A PROTECTIVE ORDER</u>**

Mike J. Hanson & Ernie J. Kindt ("Hanson & Kindt") hereby joins (the "Joinder") in

Defendant Northwestern Corporation's Motion for a Protective Order and Memorandum of Law

in Support of its Motion for a Protective Order dated February 2, 2006 (D.I. 55, 56 in C.A. No.

04-1494) (together, the "Motion"), and requests the relief sought therein, for substantially the same reasons set forth in the Motion.[1] Hanson & Kindt expressly reserve all rights to participate in additional briefing or argument on this matter.

Dated: February 13, 2006
Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Denise S. Kraft_

Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 777-7770
Fax:   (302) 777-7263

- and -

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Montana 59624
Phone: (406) 443-6820
Fax:   (406) 443-6883

*Counsel for Mike J. Hanson & Ernie J. Kindt*

---

[1] Hanson & Kindt is filing this Joinder in the three above-captioned civil actions because, although no order has formally been entered, it understands that these cases have been consolidated for the purpose of discovery.