## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 13th day of February, 2006, I caused true and correct copies of **Mike J. Hanson & Ernie J. Kindt's Joinder To Defendant Northwestern Corporation's Motion For a Protective Order** to be served on the parties listed below in the manner indicated.

## VIA HAND DELIVERY

Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

United States District Court
For the District of Delaware
Clerk's Office
844 N. King Street
Wilmington, DE 19801

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

David A. Jenkins, Esquire
Kathleen M. Miller, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

## VIA FACSIMILE & U.S. FIRST CLASS MAIL

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Fax:   (212) 450-3800

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY  10004
Fax:   (212) 859-4000

Bijan Amini, Esquire
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY  10017
Fax:   (212) 490-4208

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA  30308
Fax:   (404) 815-2424

Amanda D. Darwin, Esquire
John V. Snellings, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Fax:   (617) 345-1300

James H. Goetz, Esquire
J. Devlan Geddes, Esquire
Goetz, Galik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT  59771-6580
Fax:   406-587-5144

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019
Fax:   (212) 757-3990

Miriam Harwood Esquire
Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Curtis, Mallet-Prevose, Colt & Mosle LLP
101 Park Avenue
New York, NY  10178-0061
Fax:   (212) 697-1559

Alan B. Miller, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153
Fax: (212) 310-8007

_____
Denise Seastone Kraft (No. 2778)