IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> PAUL, HASTINGS, JANOFSKY & WALKER LLP, <br><br> Defendant. | ) ) ) ) ) ) ) ) C.A. No. 04-1256 (JJF) ) ) ) ) ) ) ) ) |

**NOTICE OF SERVICE OF RESPONSE OF DEFENDANT PAUL, HASTINGS, JANOFSKY & WALKER LLP TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE** that on February 22, 2006, copies of the Response Of Defendant Paul, Hastings, Janofsky & Walker LLP To Plaintiff's First Request For Production Of Documents were served in the manner indicated upon the entities identified on the attached service list.

Dated: February 22, 2006

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

_____
Robert J. Dehney (No. 3578)
Curtis S. Miller (No. 4583)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Fax: (302) 658-3989

- and -

DAVIS POLK & WARDWELL
Dennis E. Glazer
Paul Spagnoletti
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000

Counsel for Paul, Hastings, Janofsky & Walker LLP

508101