# Greenberg Traurig

Victoria W. Counihan
Tel. 302.661.7377
Fax 302.661.7360
CounihanV@gtlaw.com

March 2, 2006

**<u>VIA ECF AND HAND DELIVERY</u>**

The Honorable Joseph J. Farnan, Jr.
United States District Court
District of Delaware
844 King Street
Wilmington, DE 19801

    Re:  *Magten Asset Management Corp., et al. v. NorthWestern Corp.,*
           **C.A. No. 04-1494-JJF**
           *Magten Asset Management Corp. v. Paul Hastings Janofsky & Walker,*
           *LLP,* **C.A. No. 04-1256-JJF**
           *Magten Asset Management Corp. v. Mike J. Hanson and Ernie J. Kindt,*
           **C.A. No. 05-0499-JJF**

Dear Judge Farnan:

    This firm is co-counsel to NorthWestern Corporation ("NorthWestern"), along with the firm of Curtis, Mallet-Prevost, Colt & Mosle LLP, in connection with C.A. No. 04-1494-JJF (the "Magten/ NorthWestern Action"), referenced above.

    We write in regard to the anticipated scheduling of oral argument in two motions currently pending before Your Honor: (1) NorthWestern's Motion for a Protective Order, filed on February 2, 2006 (DI# 55-57), and (2) the Plan Committee's Motion to intervene in the Magten/NorthWestern Action, filed on February 1, 2006 (DI #53). Both motions have been fully briefed to the Court and oral argument has been requested by the parties.

    In order to avoid a potential scheduling conflict, we would like to advise the Court that counsel for NorthWestern will not be available for oral argument during the week of March 20, 2006, due to certain previous commitments. We respectfully request that oral argument not be scheduled during that week, but at such other time as may be convenient for the Court.

    If Your Honor has any questions with regard to the foregoing, please contact me or Joseph D. Pizzurro, Esq., 212-696-6196.

                              Respectfully submitted,

                              */s/ Victoria W. Counihan*
                              Victoria W. Counihan

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SACRAMENTO
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliances
Tokyo-Office/Strategic Alliance

cc:	Clerk of Court (*Via* ECF)
	Dale R. Dube, Esq. (*Via* E-Mail: dube@blankrome.com)
	Bonnie Steingart, Esq. (*Via* E-Mail: steinbo@friedfrank.com)
	Gary L. Kaplan, Esq. (*Via* E-Mail: kaplaga@friedfrank.com)
	Kathleen M. Miller, Esq. (*Via* E-Mail: kmiller@skfdelaware.com)
	Bijan Amini, Esq. (*Via* E-Mail: bamini@samlegal.com)
	Amanda Darwin, Esq. (*Via* E-Mail: adarwin@nixonpeabody.com)
	John V. Snellings, Esq. (*Via* E-Mail: jsnellings@nixonpeabody.com)
	Stanley T. Kaleczyc, Esq. (*Via* E-Mail: stan@bkbh.com)
	Kimberly Beatty, Esq. (*Via* E-Mail: kim@bkbh.com)
	Denise Seastone Kraft, Esq. (*Via* E-Mail: dkraft@edwardsangell.com)
	Paul Spagnoletti, Esq. (*Via* E-Mail: paul.spagnoletti@dpw.com)
	Joseph D. Pizzurro, Esq. (*Via* e-Mail: jpizzurro@cm-p.com)
	Steven J. Reisman, Esq. (*Via* E-Mail: sreisman@cm-p.com)