IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
MAGTEN ASSET MANAGEMENT                  :
CORPORATION, Suing individually and      :
Derivatively on behalf of CLARK FORK     :
AND BLACKFOOT, LLC,                      :
                                         :
        Plaintiff,                       :
                                         :
v.                                       :      Civil Action No. 04-1256 JJF
                                         :
PAUL, HASTINGS, JANOFSKY &               :
WALKER LLP,                              :
                                         :
        Defendant.                       :
---------------------------------------------------------x

## MOTION FOR JUDGMENT ON THE PLEADINGS

Paul Hastings Janofsky & Walker, LLP ("Paul Hastings") hereby moves (the "Motion") this Honorable Court, pursuant to Fed. R. Civ. P. 12(c), for a judgment dismissing plaintiff's claims on the pleadings. The grounds for entering judgment dismissing plaintiff's claims are set forth in the contemporaneously filed Brief in Support of the Motion for Judgment on the Pleadings.

Dated: March 31, 2006
      Wilmington, Delaware

                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                      Robert J. Dehney (#3578)
                      Curtis S. Miller (#4583)
                      1201 North Market Street
                      P.O. Box 1347
                      Wilmington, Delaware  19899-1347
                      (302) 658-9200
                        Attorneys for Defendant Paul Hastings
                        Janofsky & Walker LLP

OF COUNSEL:

Dennis E. Glazer
Paul Spagnoletti
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

513667