

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

April 12, 2006

Craig B. Smith

Robert J. Katzenstein

David A. Jenkins

Laurence V. Cronin

Michele C. Gott

Kathleen M. Miller

Joelle E. Polesky

Roger D. Anderson

Robert K. Beste

Etta R. Wolfe

*VIA E-FILING AND HAND DELIVERY*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:    *Magten Asset Management Corp. v.*
       *Paul Hastings Janofsky & Walker LLP*
       *D.Del., Civ. No. 04-1256*

Dear Judge Farnan:

The parties have agreed upon the enclosed briefing schedule on defendant's motion for judgment on the pleadings. If the Court finds the schedule to be acceptable, we ask that Your Honor sign the order.

Counsel is available should the Court have questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

KMM/tlc

Enclosure

cc:    Clerk of Court (via e-file w/ enc.)
       Curtis S. Miller (via e-file w/ enc.)

10013193.WPD