IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>PAUL, HASTINGS, JANOFSKY & WALKER LLP<br><br>Defendant. | Civil Action No. 04-1256 (JJF) |

## STIPULATED BRIEFING SCHEDULING AND ORDER

WHERAS, the defendant Paul Hastings Janofsky & Walker LLP (the "Defendant") filed its motion for judgment on the pleadings (the "Motion") on March 31, 2006.

WHEREAS, pursuant to the local rules, the memorandum of law of plaintiff Magten Asset Management Corp. (the "Plaintiff") must be filed by April 14, 2006.

WHEREAS, the parties have agreed, subject to Court approval, upon a revised briefing schedule.

NOW THERFORE, IT IS STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

1. Plaintiff's memorandum of law in opposition to the Motion shall be filed on May 5, 2006.

2. Defendant's reply memorandum of law in further support of the Motion shall be filed on May 19, 2006.

Date: April 11, 2006

SO STIPULATED:

| SMITH, KATZENSTEIN & FURLOW, LLP | MORRIS NICHOLS ARSHT & TUNNELL LLP |
|---|---|
| _____ | /s/Curtis S. Miller_____ |
| Kathleen M. Miller (I.D. No. 2898) | Curtis S. Miller (I.D. No. 4583) |
| 800 Delaware Avenue, 7th Floor | One Commerce Center |
| P.O. Box 410 | 1201 North Market Street |
| Wilmington, DE 19899 | P.O. Box 1347 |
| Phone: (302) 652-8400 | Wilmington, DE 19899 |
| Fax: (302) 652-8405 | Phone: (302) 351-9412 |
| *Attorneys for* | *Attorneys for Paul Hastings Janofsky &* |
| *Magten Asset Management Corporation* | *Walker LLP* |
| Of Counsel: | Of Counsel: |
| STORCH AMINI & MUNVES PC | Dennis E. Glazer, Esquire |
| Bijan Amini | Paul Spagnoletti, Esquire |
| Avery Samet | Davis Polk & Wardwell |
| 2 Grand Central Tower | 450 Lexington Avenue |
| New York, New York 10017 | New York, NY 10017 |
| (212) 490-4100 | (212) 450-4000 |

SO ORDERED:

_____, 2006          _____
                          UNITED STATES DISTRICT JUDGE