IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-1256 (JJF) |
| v. | ) ) | |
| PAUL, HASTINGS, JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) ) | |

## STIPULATED REVISED BRIEFING SCHEDULING AND ORDER

WHERAS, the defendant Paul Hastings Janofsky & Walker LLP (the "Defendant") filed its motion for judgment on the pleadings (the "Motion") on March 31, 2006.

WHEREAS, the Court on April 17, 2006 approved a stipulated briefing schedule.

WHEREAS, the parties have agreed, subject to Court approval, upon a revised briefing schedule, which extends the completion of briefing by two weeks.

NOW THERFORE, IT IS STIPULATED AND ORDERED that the parties shall adhere to the following agreed-upon briefing schedule:

1.      Plaintiff's memorandum of law in opposition to the Motion shall be filed on May 12, 2006.

2.      Defendant's reply memorandum of law in further support of the Motion shall be filed on June 2, 2006.

Date: May 3, 2006

SO STIPULATED:

SMITH, KATZENSTEIN & FURLOW, LLP

_____
Kathleen M. Miller (I.D. No. 2898)
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899
Phone: (302) 652-8400
Fax: (302) 652-8405

*Attorneys for*
*Magten Asset Management Corporation*

Of Counsel:
STORCH AMINI & MUNVES PC
Bijan Amini
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100

MORRIS   NICHOLS   ARSHT   &
TUNNELL LLP

/s/Curtis S. Miller_____
Curtis S. Miller (I.D. No. 4583)
One Commerce Center
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
Phone: (302) 351-9412

*Attorneys for Paul Hastings Janofsky &*
*Walker LLP*

Of Counsel:
Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4000

SO ORDERED:

_____, 2006    _____
                     UNITED STATES DISTRICT JUDGE