

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

May 3, 2006

<u>**VIA E-FILING AND HAND DELIVERY**</u>

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:   *Magten Asset Management Corp. v.*
      *Paul Hastings Janofsky & Walker LLP*
      *D.Del., Civ. No. 04-1256*

Dear Judge Farnan:

The parties have agreed to a short extension of the briefing schedule on defendant's motion for judgment on the pleadings, which the Court approved on April 17, 2006. Attached is a proposed revised briefing schedule. If the Court finds the schedule to be acceptable, we ask that Your Honor sign the order.

Counsel is available should the Court have questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

KMM/tlc

Enclosure

cc:   Clerk of Court (via e-file w/ enc.)
      Curtis S. Miller (via e-file w/ enc.)

10013873.WPD