IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION, Suing individually and Derivatively on behalf of CLARK FORK AND BLACKFOOT, LLC, | ) ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-1256-JJF |
| v. | ) ) | |
| PAUL HASTINGS JANOFSKY & WALKER LLP | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF KATHLEEN M. MILLER IN FURTHER SUPPORT OF MAGTEN ASSET MANAGEMENT CORPORATION'S ANSWERING BRIEF**

KATHLEEN M. MILLER, declares as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner in the the law firm of Smith, Katzenstein & Furlow LLP, counsel for plaintiff Magten Asset Management Corporation.

2. Attached hereto as Exhibit A is a true and correct copy of the Complaint filed by Magten Asset Management Corporation on May 19, 2004, in the State of Montana Second Judicial District Court, Cause No. DV-04-131.

3. Attached hereto as Exhibit B is a true and correct copy of the Answer filed by Paul Hastings Janofsky & Walker LLP on July 23, 2004, in the United States District Court for the District of Montana, Cause No. CV-04-49-BU-SEH.

4. Attached hereto as Exhibit C is a true and correct copy of an Order dated January 27, 2005 issued by the United States District Court for the District of Montana, Cause No. CV-04-26-BU-RFC.

5. Attached hereto as Exhibit D is a true and correct copy of Northwestern Corporation's Motion to Dismiss, and Supporting Brief, to Dismiss the Complaint of Magten Asset Management Corporation and Law Debenture Trust Company of New York for Failure to State a Claim upon which Relief can be Granted filed on May 14, 2004, in the United States Bankruptcy Court for the District of Delaware, Adv. No. 04-53324-CGC.

6. Attached hereto as Exhibit E is a true and correct copy of the Order dated April 18, 2005, issued by the United States District Court for the District of Montana, Cause No. CV-04-26-BU-FRC.

7. Attached hereto as Exhibit F is a true and correct copy of Brief in Support of Motion for Summary Judgment filed by Mike J. Hanson and Ernie J. Kindt on August 20, 2004, in the United States District Court for the District of Montana, Cause No. CV-04-26-BU-FRC.

Dated: May 12, 2006

Kathleen M. Miller (ID No. 2898)