## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of **May 2006**, a copy of the foregoing **DECLARATION OF KATHLEEN M. MILLER IN FURTHER SUPPORT OF MAGTEN ASSET MANAGEMENT CORPORATION'S ANSWERING BRIEF**, was caused to be served by First Class Mail on the attached service list.

Kathleen M. Miller (I.D. No. 2898)

10014156.WPD

## SERVICE LIST

Office Of The United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

John E. James, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza
1313 N. Market Street
Wilmington, DE 19801

Victoria W. Counihan, Esq.
Dennis A. Meloro, Esq.
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

Neil B. Glassman, Esq.
Charlene D. Davis, Esq.
The Bayard Fim
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Denise Seastone Kraft, Esq.
Edwards Angell Palmer & Dodge, LLP
919 North Market Street
Wilmington, DE 19801

Dale R. Dubè, Esq.
Elio Battista. Jr., Esq.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Dehney, Esq.
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Gary Kaplan, Esq.
Bonnie Steingart, Esq.
Fried Frank Harris Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

Jesse H. Austin, III, Esq.
Karol K. Denniston. Esq.
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308

Amanda D. Danwin, Esq.
John V. Snellings, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110

Stanley T. Kaleczyc, Esq.
Browning Kaleczyc Berry & Hoven, P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, MT 59624

Miriam Harwood. Esq.
Steven J. Reisman, Esq.
Joseph D. Pizzurro, Esq.
Curtis, Mallet-Prevose, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061

10014081.WPD                                1

Dennis E. Glazer, Esq.
Paul Spagnoletti. Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

David R. Paoli, Esq.
Paoli & Shea, P.C.
257 West Front Street
P.O. Box 8131
Missoula, MT 59802