

**Smith Katzenstein Furlow LLP**

*Attorneys at Law*

Craig B. Smith
Robert J. Katzenstein
David A. Jenkins
Laurence V. Cronin
Michele C. Gott
Kathleen M. Miller
Joelle E. Polesky
Roger D. Anderson
Robert K. Beste
Etta R. Wolfe

The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, Delaware 19899
(Courier 19801)
Phone (302) 652-8400
Fax (302) 652-8405
www.skfdelaware.com

October 5, 2006

*<u>VIA E-FILING AND HAND DELIVERY</u>*

The Honorable Joseph J. Farnan, Jr.
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

Re:  *Magten Asset Management Corp. v.
Paul Hastings Janofsky & Walker LLP*
D.Del., Civ. No. 04-1256-JJF

Dear Judge Farnan:

I write in my capacity as counsel for Magten Asset Management Corp. in the *Magten Asset Management Corp. v. Paul Hastings* matter (04-1256-JJF). We join in the request made by counsel in the other pending Magten cases (04-1494-JJF and 05-0499-JJF) for a scheduling conference.

Counsel is available should the Court have questions.

Respectfully,

Kathleen M. Miller
(ID No. 2898)

KMM/tlc

cc:  Clerk of Court (via e-file)
     Bonnie Steingart, Esquire (via email and First Class Mail)
     Dale R. Dubé, Esquire (via email and First Class Mail)
     John E. James, Esquire (via email and First Class Mail)
     Bijan Amini, Esquire (via email and First Class Mail)
     Jesse H. Austin, III, Esquire (via email and First Class Mail)
     Kimberly A. Beatty, Esquire (via email and First Class Mail)

The Honorable Joseph J. Farnan, Jr.
October 5, 2006
Page 2

      Philip Bentley, Esquire (via email and First Class Mail)
      John W. Brewer, Esquire (via email and First Class Mail)
      Rebecca L. Butcher, Esquire (via email and First Class Mail)
      Brenda Cooke, Esquire (via email and First Class Mail)
      Victoria W. Counihan, Esquire (via email and First Class Mail)
      Amanda Darwin, Esquire (via email and First Class Mail)
      Robert J. Dehney, Esquire (via email and First Class Mail)
      Nancy E. Delaney, Esquire (via email and First Class Mail)
      Karol K. Denniston, Esquire (via email and First Class Mail)
      Bonnie Glantz Fatell, Esquire (via email and First Class Mail)
      Dennis E. Glazer, Esquire (via email and First Class Mail)
      Miriam K. Harwood, Esquire (via email and First Class Mail)
      David A. Jenkins, Esquire (via email)
      Stanley T. Kaleczyc, Esquire (via email and First Class Mail)
      Gary L. Kaplan, Esquire (via email and First Class Mail)
      Denise Seastone Kraft, Esquire (via email and First Class Mail)
      Adam G. Landis, Esquire (via email and First Class Mail)
      Dennis A. Meloro, Esquire (via email and First Class Mail)
      Curtis S. Miller, Esquire (via email and First Class Mail)
      Kerri K. Mumford, Esquire (via email and First Class Mail)
      Jordanna L. Nadritch, Esquire (via email and First Class Mail)
      Joanna I. Palacios, Esquire (via email and First Class Mail)
      Joseph D. Pizzurro, Esquire (via email and First Class Mail)
      Steven J. Reisman, Esquire (via email and First Class Mail)
      Brad Silverman, Esquire (via email and First Class Mail)
      John V. Snellings, Esquire (via email and First Class Mail)
      Paul Spagnoletti, Esquire (via email and First Class Mail)
      Matthew J. Williams, Esquire (via email and First Class Mail)