IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP. and LAW DEBENTURE TRUST COMPANY OF NY, <br> Plaintiffs, <br> v. <br> NORTHWESTERN CORPORATION, <br> Defendant. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., <br> Plaintiff, <br> v. <br> PAUL HASTINGS JANOFSKY & WALKER, LLP, <br> Defendant. | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP., <br> Plaintiff, <br> v. <br> MICHAEL J. HANSON, *et al.*, <br> Defendants. | C.A. No. 05-CV-499 JJF |

## NOTICE OF SERVICE OF SUBPOENA

PLEASE TAKE NOTICE that on November 9, 2006, a subpoena in the form attached hereto at Tab 1 was served upon PricewaterhouseCoopers LLP, 1300 SW Fifth Avenue, Suite 3100, Portland, Oregon 97201 by leaving a copy of the subpoena with its agent Kristy Jackson.

BLANK ROME LLP

*Dale R. Dubé*
Dale R. Dubé (DE No. 2863)
Bonnie Glantz Fatell (DE No. 3809)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone:  (302) 425-6400
Facsimile:  (302) 425-6464

- and -

120087.01600/40165739v.1

                                                FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
Bonnie Steingart
Gary L. Kaplan
John W. Brewer
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile:  (212) 859-4000

Dated: November 21, 20006                Counsel for Magten Asset Management Corporation

120087.01600/40165739v.1