IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORP., and )<br>LAW DEBENTURE TRUST COMPANY OF NY, )<br>      Plaintiffs, )<br>    v. )<br>NORTHWESTERN CORPORATION, )<br>      Defendant. )<br>_____) | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORP., )<br>      Plaintiff, )<br>    v. )<br>PAUL HASTINGS JANOFSKY & WALKER LLP,)<br>      Defendant. )<br>_____) | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORP., )<br>      Plaintiff, )<br>    v. )<br>MICHAEL J. HANSON, *et al.*, )<br>      Defendants. )<br>_____) | C.A. No. 05-CV-499 JJF |

**NOTICE OF SERVICE OF SUBPOENA**

PLEASE TAKE NOTICE that on January 31, 2006, a subpoena in the form attached hereto at Tab 1 was served upon Deloitte & Touche LLP, 120 South 6th Street, Suite 400, Minneapolis, MN 55402, by handing to and leaving a copy of the subpoena with Patrick Prunty, Partner.

                                   SMITH, KATZENSTEIN & FURLOW, LLP

                                   _____
                                   David A. Jenkins (ID No. 932)
                                   Kathleen M. Miller (ID No. 2898)
                                   800 Delaware Avenue, 7th Floor
                                   P.O. Box 410
                                   Wilmington, DE 19899
                                   Phone: (302) 652-8400
                                   Fax: (302) 652-8405

                                   -And-

Bijan Amini, Esq.
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017

*Attorneys for Magten Asset Management Corporation*

Dated: November 30, 2006