# **<u>Exhibit B</u>**

# **<u>Exhibit B</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| MAGTEN ASSET MANAGEMENT CORPORATION and LAW DEBENTURE TRUST COMPANY OF NEW YORK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>NORTHWESTERN CORPORATION,<br><br>　　　　Defendant. | C.A. No. 04-1494-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PAUL HASTINGS JANOFSKY & WALKER LLP,<br><br>　　　　Defendant. | C.A. No. 04-1256-JJF |
| MAGTEN ASSET MANAGEMENT CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIKE J. HANSON & ERNIE J. KINDT,<br><br>　　　　Defendants. | C.A. No. 05-0499-JJF |

**DEFENDANT NORTHWESTERN CORPORATION'S**
**MOTION FOR A PROTECTIVE ORDER**

NorthWestern Corporation ("NorthWestern"), defendant in the above-captioned action styled *Magten Asset Management Corp. et al. v. NorthWestern Corp.*, C.A. 04-1494-JJF, by and through its counsel, Greenberg Traurig, LLP and Curtis, Mallet-Prevost, Colt & Mosle

2686958v4

LLP, hereby moves, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, for a Protective Order limiting discovery in connection with the above-captioned actions, for the reasons set forth in NorthWestern's Memorandum of Law and accompanying Affidavit of Joseph D. Pizzurro, both filed contemporaneously herewith.

Dated: Wilmington, Delaware
        February 2, 2006

                                **GREENBERG TRAURIG, LLP**

                                By : /s/ Victoria W. Counihan
                                    Victoria Counihan (No. 3488)
                                    Dennis Meloro (No. 4435)
                                    The Nemours Building
                                    1007 North Orange Street
                                    Suite 1200
                                    Wilmington, Delaware 19801
                                    Tel: (302) 661-7000
                                    Fax: (302) 661-7360

                                          -and-

                              **CURTIS, MALLET-PREVOST,**
                                **COLT & MOSLE LLP**

                                    Joseph D. Pizzuro, Esq.
                                    Steven J. Reisman, Esq.
                                    Nancy E. Delaney, Esq.
                                    Miriam K. Harwood, Esq.
                                    101 Park Avenue
                                    New York, New York 10178-0061
                                    Tel: (212) 696-6000
                                    Fax: (212) 697-1559

                                  *Counsel for Defendant*
                                  *NorthWestern Corporation*