# **Exhibit C**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION
AND LAW DEBENTURE TRUST COMPANY OF
NEW YORK,

                          Plaintiffs,

            v.                              C.A. No. 04-1494 JJF

NORTHWESTERN CORPORATION,

                          Defendant.

------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION

                          Plaintiff,

            v.                              C.A. No. 04-1256 JJF

PAUL, HASTINGS, JANOFSKY & WALKER LLP,

                          Defendant.

------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION

                          Plaintiff,

            v.                              C.A. No. 05-0499 JJF

MIKE J. HANSON & ERNIE J. KINDT,

                          Defendants.

------------------------------------------------------------x

## MIKE J. HANSON & ERNIE J. KINDT'S JOINDER
## TO DEFENDANT NORTHWESTERN CORPORATION'S
## MOTION FOR A PROTECTIVE ORDER

Mike J. Hanson & Ernie J. Kindt ("Hanson & Kindt") hereby joins (the "Joinder") in

Defendant Northwestern Corporation's Motion for a Protective Order and Memorandum of Law

in Support of its Motion for a Protective Order dated February 2, 2006 (D.I. 55, 56 in C.A. No.

04-1494) (together, the "Motion"), and requests the relief sought therein, for substantially the same reasons set forth in the Motion.[1] Hanson & Kindt expressly reserve all rights to participate in additional briefing or argument on this matter.

Dated: February 13, 2006
      Wilmington, Delaware

EDWARDS ANGELL PALMER & DODGE LLP

_Denise Seastone Kraft_

Denise Seastone Kraft (No. 2778)
919 N. Market Street, Suite 1500
Wilmington, DE 19801
Phone: (302) 777-7770
Fax:   (302) 777-7263

- and -

Stanley T. Kaleczyc, Esquire
Kimberly A. Beatty, Esquire
BROWNING KALECZYC BERRY & HOVEN P.C.
139 North Last Chance Gulch
P.O. Box 1697
Helena, Montana 59624
Phone: (406) 443-6820
Fax:   (406) 443-6883

*Counsel for Mike J. Hanson & Ernie J. Kindt*

---

[1]    Hanson & Kindt is filing this Joinder in the three above-captioned civil actions because, although no order has formally been entered, it understands that these cases have been consolidated for the purpose of discovery.

## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, certify that on this 13th day of February, 2006, I caused true and

correct copies of **Mike J. Hanson & Ernie J. Kindt's Joinder To Defendant Northwestern**

**Corporation's Motion For a Protective Order** to be served on the parties listed below in the

manner indicated.

### VIA HAND DELIVERY

Office of the United States Trustee
844 King Street
Suite 2207
Lockbox 35
Wilmington, DE 19801

United States District Court
For the District of Delaware
Clerk's Office
844 N. King Street
Wilmington, DE 19801

Victoria W. Counihan, Esquire
Dennis A. Meloro, Esquire
Greenberg Traurig, LLP
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, DE 19801

David A. Jenkins, Esquire
Kathleen M. Miller, Esquire
Smith, Katzenstein, & Furlow
The Corporate Plaza
800 Delaware Avenue
P. O. Box 410
Wilmington, DE 19899

Neil B. Glassman, Esquire
Charlene D. Davis, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Adam G. Landis, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

David L. Finger, Esquire
Finger & Slanina, LLC
One Commerce Center
1201 Orange Street, Suite 725
Wilmington, DE 19801

Dale R. Dubé, Esquire
Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Robert J. Dehney, Esquire
Curtis S. Miller, Esquire
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE 19899-1347

## VIA FACSIMILE & U.S. FIRST CLASS MAIL

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esquire
Catherine Lifeso, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Fax:    (212) 450-3800

Bonnie Steingart, Esquire
Gary Kaplan, Esquire
John W. Brewer, Esquire
Fried, Frank, Harris, Shriver & Jacobsen, LLP
One New York Plaza
New York, NY 10004
Fax:    (212) 859-4000

Bijan Amini, Esquire
Storch Amini & Munves PC
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
Fax:    (212) 490-4208

Jesse H. Austin, III, Esquire
Karol K. Denniston, Esquire
Paul Hastings Janofsky & Walker LLP
600 Peachtree Street, N.E.
Atlanta, GA 30308
Fax:    (404) 815-2424

Amanda D. Darwin, Esquire
John V. Snellings, Esquire
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Fax:    (617) 345-1300

James H. Goetz, Esquire
J. Devlan Geddes, Esquire
Goetz, Galik & Baldwin, P.C.
35 North Grand
P.O. Box 6580
Bozeman, MT 59771-6580
Fax:    406-587-5144

Alan W. Kornberg, Esquire
Margaret A. Phillips, Esquire
Paul Weiss Rifkind Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Fax:    (212) 757-3990

Miriam Harwood Esquire
Steven J. Reisman, Esquire
Joseph D. Pizzurro, Esquire
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178-0061
Fax:    (212) 697-1559

Alan B. Miller, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
Fax: (212) 310-8007

Denise Seastone Kraft (No. 2778)