# **Exhibit L**

## CURTIS, MALLET-PREVOST, COLT & MOSLE LLP

FRANKFURT  MUSCAT
HOUSTON    PARIS
LONDON     STAMFORD
MEXICO CITY WASHINGTON, D.C.
MILAN

ATTORNEYS AND COUNSELLORS AT LAW
101 PARK AVENUE
NEW YORK, NEW YORK 10178-0061

TELEPHONE 212-696-6000
FACSIMILE 212-697-1559
E-MAIL INFO@CM-P.COM
INTERNET WWW.CM-P.COM

WRITER'S DIRECT:
TEL.: (212) 696-8895
E-MAIL JBAGNATO@CM-P.COM

November 9, 2006

**VIA HAND DELIVERY**

Bonnie Steingart, Esq.
Fried, Frank, Harris, Shriver & Jacobson LLP
One New York Plaza
New York, NY 10004-1980

Re: *Magten Asset Management Corp. and Law Debenture Trust Co. v. NorthWestern Corp.;*
C.A. No. 04-1494-JJF

Dear Ms. Steingart:

In accordance with Joseph Pizzurro's letter dated November 7, 2006, NorthWestern Corporation is commencing its document production with the enclosed CD containing Bates numbered documents NOR 000001-010267. The CD contains folders numbered in accordance with the numbered document requests in Plaintiffs' First Request for Production of Documents.

Sincerely,

*J Bagnato*

Jennifer A. Bagnato

Enclosure

Cc: Paul Spagnoletti, Esq.
    Stanley T. Kaleczyc, Esq.
    (with enclosure via Federal Express)