IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT                :
CORPORATION, suing individually        :
and derivatively on behalf of          :
CLARK FORK AND BLACKFOOT, LLC,         :
                                       :
          Plaintiff,                   :
                                       :
     v.                                : Civil Action No. 04-1256-JJF
                                       :
PAUL HASTINGS JANOFSKY & WALKER        :
LLP,                                   :
                                       :
          Defendant.                   :

O R D E R

At Wilmington, this 12 day of January 2007, for the

reasons set forth in the Memorandum Opinion issued this date;

     IT IS HEREBY ORDERED that Defendants' Motion For Judgment

On The Pleadings (D.I. 86) is **GRANTED**.

UNITED STATES DISTRICT JUDGE