IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

MAGTEN ASSET MANAGEMENT  :
CORPORATION, suing individually :
and derivatively on behalf of :
CLARK FORK AND BLACKFOOT, LLC, :
                                  :
      Plaintiff,           :
                                  :
   v.                           : Civil Action No. 04-1256-JJF
                                  :
PAUL HASTINGS JANOFSKY & WALKER :
LLP,                                :
      Defendant.           :

**JUDGMENT IN A CIVIL CASE**

For the reasons set forth in the Court's Memorandum Opinion and Order dated January 12, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of Paul Hastings Janofsky & Walker LLP and against Plaintiff Magten Asset Management Corporation.

                                                                _____
                                                                 UNITED STATES DISTRICT JUDGE

Dated: January 16, 2007

                                                                 _____
                                                                 (By) Deputy Clerk