IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------x

MAGTEN ASSET MANAGEMENT CORPORATION
Suing individually and derivatively on behalf of CLARK
FORK AND BLACKFOOT, LLC

                Plaintiff,                            Civil Action No. 04-1256-JJF

      v.

PAUL HASTINGS JANOFSKY & WALKER LLP

                Defendant.

------------------------------------------------------------------x

## NOTICE OF APPEAL

COMES NOW Appellant Magten Asset Management Corp. ("Magten") and, pursuant to Fed. R. App. P. 3(a), hereby appeals to the United States Court of Appeals for the Third Circuit this Court's Opinion and Order dated January 12, 2007 and the Judgment entered January 16, 2007, which granted defendant Paul Hastings Janofsky & Walker LLP's motion for judgment on the pleadings.

Dated: February 12, 2007

                                                SMITH KATZENSTEIN & FURLOW LLP

                                                _____
                                                Kathleen M. Miller (I.D. No. 2898)
                                                800 Delaware Avenue
                                                7th Floor
                                                PO Box 410
                                                Wilmington, DE 19899
                                                (302) 652-8400

                                                          and

{04168}

STORCH AMINI & MUNVES PC
Bijan Amini
Avery Samet
2 Grand Central Tower
New York, New York 10017
(212) 490-4100
ATTORNEYS FOR APPELLANT
MAGTEN