## CERTIFICATE OF SERVICE

I hereby certify that on this **12th** day of **February 2007**, two copies of the **NOTICE OF APPEAL**, was served by First Class Mail on the following:

Robert J. Dehney, Esq.
Curtis S. Miller, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
Wilmington, DE 19801

Jesse H. Austin, III, Esq.
Karol K. Denniston, Esq.
Paul, Hastings, Janofsky & Walker LLP
600 Peachtree Street, Suite 2400
Atlanta, GA 30308

Dennis E. Glazer, Esquire
Paul Spagnoletti, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

_____
Kathleen M. Miller (I.D. No. 2898)

04168|COS|10022381.WPD